**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Crim. No. 20-223-1 (GC) |
| v. | : | |
| KHAMRAJ LALL, | : | **MEMORANDUM & ORDER** |
| Defendant. | : | |

Defendant, Khamraj Lall ("Defendant" or "Lall"), is proceeding *pro se* with a petition for writ of error *coram nobis* in this federal criminal action. (*See* ECF 4). On January 10, 2023, Defendant filed a Motion for Summary Judgment on his *coram nobis* petition because the government had not yet filed a response. (*See* ECF 8). On January 17, 2023, the government filed a response in opposition to Defendant's *coram nobis* petition. (*See* ECF 9).

This Court accepts the government's response in opposition such that Defendant's Motion for Summary Judgment will be denied. Defendant though shall be given additional time in which to file a reply brief in support of his *coram nobis* petition should he elect to do so before this Court rules on the merits of his *coram nobis* petition.

Accordingly, IT IS on this ___ day of January, 2023,

ORDERED that Defendant's Motion for Summary Judgment (ECF 8) is denied; and it is further

ORDERED that Defendant shall have thirty (30) days from the date of this Memorandum and Order in which to file a reply brief in support of his *coram nobis* petition should he elect to do so; and it is further

ORDERED that the Clerk shall serve this Memorandum and Order on Defendant by regular U.S. mail.

                                                    */s/ Georgette Castner*
                                             GEORGETTE CASTNER
                                             United States District Judge